# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158988-9(82)

DKE, INC.,

      Plaintiff-Appellee,

v

SECURA INSURANCE COMPANY,

      Defendant-Appellant.

SC: 158988-9
COA: 333497; 337834
Oakland CC: 2005-068745-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's January 31, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

      CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



a0518

Clerk